# P.M. Dubbeling, PLLC

# INVOICE

210 North Columbia Street
Chapel Hill, NC 27514
United States

Invoice # 26
Date: 01/19/2017
Due On: 02/18/2017

State of North Carolina

## 00039-State of North Carolina

## Challenge to North Carolina General Statute 14-208.18.

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 03/14/2013 | Glenn Gerding: Meeting with Doe 2 (initial case discussion) | 1.00 | $400.00 | $400.00 |
| Service | 04/21/2013 | Glenn Gerding: Meeting with Doe 1 (initial case discussion) | 1.00 | $400.00 | $400.00 |
| Service | 04/22/2013 | Glenn Gerding: Meeting with Doe 3 (initial case discussion) | 1.00 | $400.00 | $400.00 |
| Service | 06/06/2013 | Glenn Gerding: Meeting with Potential Co-Counsel to Discuss Case | 1.00 | $400.00 | $400.00 |
| Service | 06/20/2013 | Glenn Gerding: Drafting Engagement Letter, Motion to Proceed Anonymously, Client Data | 0.80 | $400.00 | $320.00 |
| Service | 06/25/2013 | Research into Standing, Availability of Overbreadth Challenge | 1.50 | $400.00 | $600.00 |
| Service | 06/26/2013 | Outline of Initial Complaint | 5.50 | $400.00 | $2,200.00 |
| Service | 06/28/2013 | Glenn Gerding: Meeting with Attorney Dubbeling to Outline Case Strategy | 2.00 | $400.00 | $800.00 |
| Service | 06/28/2013 | Meeting with Attorney Gerding to Outline Case Strategy | 2.00 | $400.00 | $800.00 |
| Service | 06/30/2013 | Research Case Law Prior to Complaint | 1.56 | $400.00 | $624.00 |
| Service | 06/30/2013 | Research Case Law Prior to Complaint | 0.40 | $400.00 | $160.00 |
| Service | 07/01/2013 | Drafting Initial Complaint | 2.72 | $400.00 | $1,088.00 |
| Service | 07/01/2013 | Drafting Initial Complaint | 0.50 | $400.00 | $200.00 |
| Service | 07/05/2013 | Glenn Gerding: Review of Draft Complaint | 0.50 | $400.00 | $200.00 |
| Service | 07/08/2013 | Research to Support Memorandum in Support of Complaint | 3.20 | $400.00 | $1,280.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/09/2013 | Research in Support of Memorandum in Support of Complaint | 2.70 | $400.00 | $1,080.00 |
| Service | 07/10/2013 | Research in Support of Memorandum in Support of Complaint | 3.30 | $400.00 | $1,320.00 |
| Service | 07/12/2013 | Research in Support of Memorandum in Support of Complaint | 4.80 | $400.00 | $1,920.00 |
| Service | 07/13/2013 | Research in Support of Memorandum in Support of Complaint | 2.10 | $400.00 | $840.00 |
| Service | 07/13/2013 | Drafting Memorandum in Support of Complaint | 2.30 | $400.00 | $920.00 |
| Service | 07/14/2013 | Drafting Memorandum in Support of Complaint | 7.60 | $400.00 | $3,040.00 |
| Service | 07/16/2013 | Glenn Gerding: Review of Memorandum in Support of Complaint | 0.30 | $400.00 | $120.00 |
| Service | 07/17/2013 | Glenn Gerding: Meeting with Doe 4 and Attorney Dubbeling | 3.20 | $400.00 | $1,280.00 |
| Service | 07/23/2013 | Glenn Gerding: Review of Materials for Meeting with Potential Plaintiff and Review of Complaint and Memo in Support of Complaint | 0.50 | $400.00 | $200.00 |
| Service | 07/24/2013 | Glenn Gerding: Meeting with Potential Plaintiff and Attorney Dubbeling | 2.00 | $400.00 | $800.00 |
| Service | 07/24/2013 | Meeting with Potential Plaintiff and Attorney Gerding | 2.00 | $400.00 | $800.00 |
| Service | 07/24/2013 | Glenn Gerding: Telephone Call with Attorney Dubbeling re: Potential Plaintiffs | 0.10 | $400.00 | $40.00 |
| Service | 07/24/2013 | Telephone Call with Attorney Gerding re: Potential Plaintiff | 0.10 | $400.00 | $40.00 |
| Service | 07/24/2013 | Glenn Gerding: Revising Complaint | 1.00 | $400.00 | $400.00 |
| Service | 07/25/2013 | Glenn Gerding: Revising Complaint; preparation of names and addresses of Defendants | 2.00 | $400.00 | $800.00 |
| Service | 07/30/2013 | Glenn Gerding: Revising and Drafting Complaint | 1.50 | $400.00 | $600.00 |
| Service | 08/02/2013 | Glenn Gerding: Drafting and Revising Complaint | 3.60 | $400.00 | $1,440.00 |
| Service | 08/03/2013 | Glenn Gerding: Revising Complaint; email to Attorney Dubbeling | 0.80 | $400.00 | $320.00 |
| Service | 08/05/2013 | Glenn Gerding: Revising Memorandum in Support of Complaint | 1.30 | $400.00 | $520.00 |
| Service | 08/06/2013 | Glenn Gerding: Meeting with Attorney Dubbeling to Finalize Complaint and Memorandum | 2.00 | $400.00 | $800.00 |
| Service | 08/06/2013 | Meeting with Attorney Gerding to Finalize Complaint and Memorandum | 2.00 | $400.00 | $800.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/07/2013 | Glenn Gerding: Email with Attorney Dubbeling and Ms. Rosenblum (advisor) re: pleadings and plaintiffs | 0.50 | $400.00 | $200.00 |
| Service | 08/07/2013 | Email to Attorney Gerding re: Potential Claims | 0.50 | $400.00 | $200.00 |
| Service | 08/07/2013 | Final Edits to Complaint | 1.40 | $400.00 | $560.00 |
| Service | 08/07/2013 | Phone Call with Bob Carbo (NC SOAR Program) | 0.20 | $400.00 | $80.00 |
| Service | 08/07/2013 | Phone Call with Bob Carbo (NC Soar Program) | 0.10 | $400.00 | $40.00 |
| Service | 08/07/2013 | Email to Attorney Gerding re: Potential Plaintiff | 0.20 | $400.00 | $80.00 |
| Service | 08/07/2013 | Final Edits to Complaint | 0.10 | $400.00 | $40.00 |
| Service | 08/07/2013 | Final Edits to Memorandum in Support of Complaint | 0.40 | $400.00 | $160.00 |
| Service | 08/07/2013 | Review of Information Provided by ACLU | 0.20 | $400.00 | $80.00 |
| Service | 08/08/2013 | Glenn Gerding: Meeting with Attorney Dubbeling | 2.50 | $400.00 | $1,000.00 |
| Service | 08/08/2013 | Glenn Gerding: Meeting with Potential Plaintiff | 0.50 | $400.00 | $200.00 |
| Service | 08/08/2013 | Meeting with Attorney Gerding | 2.50 | $400.00 | $1,000.00 |
| Service | 08/08/2013 | Glenn Gerding: Telephone Call with Ms. Rosenblum re: Potential Plaintiff | 0.20 | $400.00 | $80.00 |
| Service | 08/08/2013 | Travel (to and from MDNC) | 2.50 | $200.00 | $500.00 |
| Service | 08/09/2013 | Glenn Gerding: Revising Memo in Support of Complaint | 0.50 | $400.00 | $200.00 |
| Service | 08/09/2013 | Travel (ACLU to Meet with Director) | 1.50 | $200.00 | $300.00 |
| Service | 08/09/2013 | Review of Research Material | 0.50 | $400.00 | $200.00 |
| Service | 08/10/2013 | Review of Research Material | 2.00 | $400.00 | $800.00 |
| Service | 08/11/2013 | Edits to Complaint | 0.70 | $400.00 | $280.00 |
| Service | 08/11/2013 | Research on Potential Claims | 1.00 | $400.00 | $400.00 |
| Service | 08/11/2013 | Email to Attorney Gerding re: Plaintiffs | 0.10 | $400.00 | $40.00 |
| Service | 08/11/2013 | Review of Research Materials | 1.20 | $400.00 | $480.00 |
| Service | 08/11/2013 | Review of Research Materials | 0.50 | $400.00 | $200.00 |
| Service | 08/12/2013 | Glenn Gerding: Research re: Plaintiffs | 0.30 | $400.00 | $120.00 |
| Service | 08/12/2013 | Glenn Gerding: Review of RSO Data | 0.50 | $400.00 | $200.00 |
| Service | 08/13/2013 | Glenn Gerding: Phone Call with Attorney Dubbeling re: Case strategy and status of filings | 0.50 | $400.00 | $200.00 |
| Service | 08/13/2013 | Phone Call with Attorney Gerding re: Case Status | 0.50 | $400.00 | $200.00 |
| Service | 08/15/2013 | Phone Call with Miriam Ackerman (Michigan ACLU) | 1.00 | $400.00 | $400.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/16/2013 | Review Ackerman Research Materials | 1.10 | $400.00 | $440.00 |
| Service | 08/17/2013 | Review Ackerman Research Material | 0.10 | $400.00 | $40.00 |
| Service | 08/19/2013 | Email to Attorney Gerding re: 4th Amendment | 0.50 | $400.00 | $200.00 |
| Service | 08/19/2013 | Glenn Gerding: Research, email with Attorney Dubbeling, Revisions of Memorandum | 1.10 | $400.00 | $440.00 |
| Service | 08/26/2013 | Glenn Gerding: Revising Memorandum in Support of Complaint and Complaint | 6.60 | $400.00 | $2,640.00 |
| Service | 08/27/2013 | Glenn Gerding: Revising Memorandum in Support of Complaint; Revising Motion and Memorandum to Proceed Anonymously | 2.20 | $400.00 | $880.00 |
| Service | 08/28/2013 | Glenn Gerding: Revising Complaint, Memorandum in Support, Motion to Proceed Anonymously; Filing of Documents | 7.50 | $400.00 | $3,000.00 |
| Service | 08/28/2013 | Client Meeting, Preparation of Affidavit, Finalize Pleadings, | 8.00 | $400.00 | $3,200.00 |
| Expense | 08/29/2013 | Reimbursable expense: Service of Complaint | 1.00 | $44.80 | $44.80 |
| Expense | 08/29/2013 | Reimbursable expense: Printing Costs (Complaint) | 1.00 | $58.49 | $58.49 |
| Expense | 08/29/2013 | Reimbursable expense: Postage for Mailing Complaint | 1.00 | $45.10 | $45.10 |
| Expense | 08/29/2013 | Reimbursable expense: Postage for Mailing Complaint | 1.00 | $28.10 | $28.10 |
| Service | 08/29/2013 | Glenn Gerding: Preparation of Summons, Waiver Request, Cover letters. | 1.70 | $400.00 | $680.00 |
| Service | 08/29/2013 | Revisions to Motion to Proceed Anonymously and Brief in Support of Motion to Proceed Anonymously | 8.00 | $400.00 | $3,200.00 |
| Expense | 08/29/2013 | Reimbursable expense: Filing Fee | 1.00 | $400.00 | $400.00 |
| Expense | 08/29/2013 | Reimbursable expense: Printing Expenses | 1.00 | $259.41 | $259.41 |
| Expense | 08/29/2013 | Reimbursable expense: Postage Expenses | 1.00 | $21.16 | $21.16 |
| Service | 08/29/2013 | Administrative Support: Preparing and Sending Initial Complaint Packets | 6.00 | $75.00 | $450.00 |
| Expense | 09/04/2013 | Reimbursable expense: Postage for Mailing Complaint | 1.00 | $5.60 | $5.60 |
| Service | 09/04/2013 | Glenn Gerding: Meeting with Attorney Dubbeling to review next steps, evidentiary requirements | 1.50 | $400.00 | $600.00 |
| Service | 09/04/2013 | Meeting with Attorney Dubbeling to go over evidence needed | 1.50 | $400.00 | $600.00 |
| Expense | 09/04/2013 | Reimbursable expense: Postage (Mailing Complaint) | 1.00 | $5.80 | $5.80 |
| Service | 09/11/2013 | Prepare List of Evidence Needed | 1.50 | $400.00 | $600.00 |

| Service | 09/14/2013 | Glenn Gerding: Research on Evidence Issues; Preparation of Evidence List | 1.50 | $400.00 | $600.00 |
|---|---|---|---|---|---|
| Service | 09/16/2013 | Glenn Gerding: Meeting with Attorney Dubbeling to Review Evidence, Divide Case Responsibilities | 2.50 | $400.00 | $1,000.00 |
| Service | 09/16/2013 | Meeting with Attorney Gerding to Review Evidence Lists, Divide Responsibilities | 2.50 | $400.00 | $1,000.00 |
| Service | 09/18/2013 | Glenn Gerding: Review of Returned Waivers | 0.10 | $400.00 | $40.00 |
| Expense | 09/19/2013 | Reimbursable expense: CD of Oral Argument | 1.00 | $20.00 | $20.00 |
| Service | 10/01/2013 | Glenn Gerding: Telephone Call with AAG L. Earnhardt re: waiver of summons | 0.20 | $400.00 | $80.00 |
| Service | 10/03/2013 | Draft Affidavit (John Doe #2) | 3.50 | $400.00 | $1,400.00 |
| Service | 10/04/2013 | Meeting with John Doe #2, revisions to affidavit | 2.90 | $400.00 | $1,160.00 |
| Service | 10/04/2013 | Phone Call with Miriam Ackerman re: strategy | 0.40 | $400.00 | $160.00 |
| Service | 10/07/2013 | Draft and Finalize Affidavit (John Doe #3) | 4.50 | $400.00 | $1,800.00 |
| Service | 10/07/2013 | Glenn Gerding: Telephone Call with Attorney Dubbeling re: affidavits and evidence | 0.40 | $400.00 | $160.00 |
| Service | 10/07/2013 | Telephone Call with Attorney Gerding re: Affidavits and Evidence | 0.40 | $400.00 | $160.00 |
| Service | 10/16/2013 | Glenn Gerding: Review of Letter from AAG Hal Askins re: Summons Waiver. Email to Attorney Dubbeling. | 0.20 | $400.00 | $80.00 |
| Service | 10/17/2013 | Prepare Affidavit (John Doe #4) | 3.30 | $400.00 | $1,320.00 |
| Service | 10/21/2013 | Telephone Call with Attorney Gerding re: affidavits and client appointments | 0.20 | $400.00 | $80.00 |
| Service | 10/21/2013 | Glenn Gerding: Telephone Call with Attorney Dubbeling re Affidavits and Client Appointments | 0.20 | $400.00 | $80.00 |
| Expense | 10/24/2013 | Reimbursable expense: Postage (copy of affidavit) | 1.00 | $1.12 | $1.12 |
| Service | 10/25/2013 | Meeting with John Doe 1, discussion of personal history, preparation of affidavit; finalization | 7.50 | $400.00 | $3,000.00 |
| Service | 10/25/2013 | Review of State's Motion to Dismiss | 1.00 | $400.00 | $400.00 |
| Service | 10/26/2013 | Draft Response to State's Motion to Dismiss | 0.50 | $400.00 | $200.00 |
| Service | 10/27/2013 | Glenn Gerding: Review of State Filings including Motion to Dismiss | 1.00 | $400.00 | $400.00 |
| Service | 10/28/2013 | Meeting with John Doe 3 to Update Affidavit and Discuss Case | 1.00 | $400.00 | $400.00 |
| Service | 10/30/2013 | Glenn Gerding: Review of State's Motion and Memorandum; Research | 1.40 | $400.00 | $560.00 |

| Service | 10/30/2013 | Glenn Gerding: Meeting with Attorney Dubbeling re: Response to Motion to Dismiss | 1.10 | $400.00 | $440.00 |
|---|---|---|---|---|---|
| Service | 10/30/2013 | Meeting with Attorney Gerding: Response to Motion to Dismiss | 1.10 | $400.00 | $440.00 |
| Service | 10/31/2013 | Draft Response to Motion to Dismiss | 2.00 | $400.00 | $800.00 |
| Service | 11/04/2013 | Meeting with Attorney Gerding re: Response to Motion to Dismiss | 0.50 | $400.00 | $200.00 |
| Service | 11/04/2013 | Glenn Gerding: Meeting with Attorney Dubbeling re: Response to Motion to Dismiss | 0.50 | $400.00 | $200.00 |
| Service | 11/05/2013 | Draft Response to Motion to Dismiss | 3.20 | $400.00 | $1,280.00 |
| Service | 11/05/2013 | Response to Motion to Dismiss | 0.20 | $400.00 | $80.00 |
| Service | 11/05/2013 | Response to Motion to Dismiss | 1.40 | $400.00 | $560.00 |
| Service | 11/05/2013 | Response to Motion to Dismiss | 1.80 | $400.00 | $720.00 |
| Service | 11/05/2013 | Glenn Gerding: Preparation of Materials from Other Cases | 0.10 | $400.00 | $40.00 |
| Service | 11/06/2013 | Response to Motion to Dismiss | 4.00 | $400.00 | $1,600.00 |
| Service | 11/06/2013 | Response to Motion to Dismiss | 2.20 | $400.00 | $880.00 |
| Service | 11/07/2013 | Drafting Response to Motion to Dismiss | 2.50 | $400.00 | $1,000.00 |
| Service | 11/07/2013 | Drafting Response to Motion to Dismiss | 0.90 | $400.00 | $360.00 |
| Service | 11/07/2013 | Glenn Gerding: Revision of Response to State's Motion to Dismiss | 0.50 | $400.00 | $200.00 |
| Service | 11/07/2013 | Drafting Response to Motion to Dismiss | 2.10 | $400.00 | $840.00 |
| Service | 11/07/2013 | Drafting Response to Motion to Dismiss | 0.60 | $400.00 | $240.00 |
| Service | 11/08/2013 | Research and Drafting Response to Motion to Dismiss | 5.00 | $400.00 | $2,000.00 |
| Service | 11/08/2013 | Glenn Gerding: Meeting with Attorney Dubbeling re: Motion to Dismiss and Evidence | 1.00 | $400.00 | $400.00 |
| Service | 11/08/2013 | Meeting with Attorney Gerding re: Motion to Dismiss and Evidence | 1.00 | $400.00 | $400.00 |
| Service | 11/09/2013 | Research and Drafting Motion to Dismiss | 4.00 | $400.00 | $1,600.00 |
| Service | 11/10/2013 | Research and Drafting Motion to Dismiss | 2.00 | $400.00 | $800.00 |
| Service | 11/10/2013 | Glenn Gerding: Revisions to Response to Motion to Dismiss | 1.30 | $400.00 | $520.00 |
| Service | 11/11/2013 | Research and Drafting Response to Motion to Dismiss | 3.20 | $400.00 | $1,280.00 |
| Service | 11/12/2013 | Glenn Gerding: Meeting with Attorney Dubbeling to Revise Response to Motion to Dismiss | 2.00 | $400.00 | $800.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/12/2013 | Meeting with Attorney Gerding re: revisions to Response to Motion to Dismiss | 2.00 | $400.00 | $800.00 |
| Service | 11/12/2013 | Research (Right of Association) | 0.50 | $400.00 | $200.00 |
| Service | 11/13/2013 | Editing Response to Motion to Dismiss | 1.00 | $400.00 | $400.00 |
| Service | 11/13/2013 | Research and Drafting Motion for Summary Judgment | 1.90 | $400.00 | $760.00 |
| Service | 11/13/2013 | Editing Response to Motion to Dismiss | 1.00 | $400.00 | $400.00 |
| Service | 11/14/2013 | Final editing, updating, filing of Response to Motion to Dismiss | 3.20 | $400.00 | $1,280.00 |
| Service | 11/19/2013 | Glenn Gerding: Meeting with Attorney Dubbeling re: Motion for Injunction and Amending Complaint | 1.00 | $400.00 | $400.00 |
| Service | 11/19/2013 | Meeting with Attorney Dubbeling re Preliminary Injunction and Amending Complaint | 1.00 | $400.00 | $400.00 |
| Service | 11/25/2013 | Glenn Gerding: Review of and Editing of Amended Complaint | 0.40 | $400.00 | $160.00 |
| Service | 11/26/2013 | Glenn Gerding: Revising Amended Complaint | 1.10 | $400.00 | $440.00 |
| Service | 11/26/2013 | Glenn Gerding: Telephone Call with Hal Askins (Opposing Counsel) re: amended complaint | 0.40 | $400.00 | $160.00 |
| Service | 12/04/2013 | Glenn Gerding: Telephone Call with Co-Counsel | 0.30 | $400.00 | $120.00 |
| Service | 12/04/2013 | Telephone Call with Co-Counsel | 0.30 | $400.00 | $120.00 |
| Service | 12/05/2013 | Glenn Gerding: Telephone Call with Hal Askins (Opposing Counsel) | 0.20 | $400.00 | $80.00 |
| Service | 12/05/2013 | Glenn Gerding: Email to Co-Counsel | 0.30 | $400.00 | $120.00 |
| Service | 12/06/2013 | Glenn Gerding: Telephone Call with Hal Askins (Opposing Counsel) re: Amended Complaint | 0.20 | $400.00 | $80.00 |
| Service | 12/06/2013 | Glenn Gerding: Meeting with co-counsel re: amended complaint | 0.50 | $400.00 | $200.00 |
| Service | 12/08/2013 | Meeting with Jerry Bron (affiant) | 1.00 | $400.00 | $400.00 |
| Service | 12/09/2013 | Glenn Gerding: Meeting with Doe 5 to finalize affidavit. | 0.30 | $400.00 | $120.00 |
| Service | 12/09/2013 | Preparation of Affidavit of Jerry Bron | 1.20 | $400.00 | $480.00 |
| Service | 12/09/2013 | Drafting Memorandum in Support of Motion for Preliminary Injunction | 4.30 | $400.00 | $1,720.00 |
| Service | 12/10/2013 | Drafting Memorandum in Support of Motion for Preliminary Injunction | 3.00 | $400.00 | $1,200.00 |
| Service | 12/11/2013 | Glenn Gerding: Revising Memorandum in Support of Motion for Preliminary Injunction | 1.00 | $400.00 | $400.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/12/2013 | Glenn Gerding: Meeting with Co-Counsel re: Preliminary Injunction | 0.50 | $400.00 | $200.00 |
| Service | 12/12/2013 | Glenn Gerding: Prepare Motion for Injunction | 1.00 | $400.00 | $400.00 |
| Service | 12/12/2013 | Meeting with Attorney Gerding re Injunction | 0.50 | $400.00 | $200.00 |
| Service | 12/12/2013 | Glenn Gerding: Preparation of Attachments for Motion for Preliminary Injunction | 1.00 | $400.00 | $400.00 |
| Service | 12/13/2013 | Glenn Gerding: Revisions of Motion and Brief for Preliminary Injunction. Printing and mailing of same. | 3.00 | $400.00 | $1,200.00 |
| Service | 12/13/2013 | Glenn Gerding: Review of Bron Affidavit | 0.20 | $400.00 | $80.00 |
| Expense | 12/13/2013 | Reimbursable expense: Postage | 1.00 | $5.80 | $5.80 |
| Service | 12/18/2013 | Glenn Gerding: Prep of Revised Certificate of Service and Mailing | 0.30 | $400.00 | $120.00 |
| Service | 12/20/2013 | Glenn Gerding: Preparation and Filing of Motion for Leave to Amend; phone call with AAG Earnhardt. | 1.60 | $400.00 | $640.00 |
| Expense | 12/20/2013 | Reimbursable expense: Postage (Motion to Amend) | 1.00 | $1.51 | $1.51 |
| Expense | 12/20/2013 | Reimbursable expense: Transcripts of State Cases | 1.00 | $271.00 | $271.00 |
| Service | 01/02/2014 | Glenn Gerding: Review of State's Response to Motion to Amend | 0.10 | $400.00 | $40.00 |
| Service | 01/03/2014 | Glenn Gerding: Telephone Call with Co-Counsel re: Case Status | 0.40 | $400.00 | $160.00 |
| Service | 01/03/2014 | Telephone call with Attorney Gerding re: Case Stauts | 0.40 | $400.00 | $160.00 |
| Service | 01/06/2014 | Glenn Gerding: Review of State's Response to Motion for Preliminary Injunction | 0.20 | $400.00 | $80.00 |
| Service | 01/10/2014 | Glenn Gerding: Telephone call with co-counsel re: amended complaint | 0.20 | $400.00 | $80.00 |
| Service | 01/10/2014 | Telephone Call with Attorney Gerding re: Amended Complaint | 0.20 | $400.00 | $80.00 |
| Service | 01/19/2014 | Draft Response to State's Amended Motion to Dismiss | 3.20 | $400.00 | $1,280.00 |
| Service | 01/20/2014 | Draft Response and Gather Materials for Response to Amended Motion to Dismiss | 2.40 | $400.00 | $960.00 |
| Service | 01/21/2014 | Glenn Gerding: Review of Response to State's Amended Motion to Dismiss | 0.10 | $400.00 | $40.00 |
| Service | 01/30/2014 | Glenn Gerding: Review of Materials for Response to Amended Motion to Dismiss | 0.30 | $400.00 | $120.00 |
| Service | 05/20/2014 | Review of Court Order Setting Hearing Date | 0.10 | $400.00 | $40.00 |
| Service | 05/22/2014 | Glenn Gerding: Meeting with Co-Counsel to Prepare for Motions Hearing | 0.50 | $400.00 | $200.00 |

| Service | 05/22/2014 | Meeting with Attorney Gerding to Prep for Motions Hearing | 0.50 | $400.00 | $200.00 |
|---------|------------|-----------------------------------------------------------|------|---------|---------|
| Service | 07/29/2014 | Glenn Gerding: Review of Materials to Prepare for Motions Hearing | 0.50 | $400.00 | $200.00 |
| Service | 07/31/2014 | Glenn Gerding: Preparation of Arguments for Motions Hearing | 1.00 | $400.00 | $400.00 |
| Service | 08/06/2014 | Glenn Gerding: Meeting with co-counsel to prepare for motions hearing | 3.00 | $400.00 | $1,200.00 |
| Service | 08/06/2014 | Meeting with Attorney Gerding to Prepare for Motions Hearing | 3.00 | $400.00 | $1,200.00 |
| Service | 08/06/2014 | Preparation for Motions Hearing (research, drafting) | 2.00 | $400.00 | $800.00 |
| Service | 08/07/2014 | Glenn Gerding: Preparation for Motions Hearing (research) | 4.50 | $400.00 | $1,800.00 |
| Service | 08/07/2014 | Preparation for Motions Hearing | 3.00 | $400.00 | $1,200.00 |
| Service | 08/08/2014 | Glenn Gerding: Travel to Motions Hearing | 3.20 | $200.00 | $640.00 |
| Service | 08/08/2014 | Travel to Motions Hearing | 3.20 | $200.00 | $640.00 |
| Service | 08/08/2014 | Glenn Gerding: Motions Hearing | 3.00 | $400.00 | $1,200.00 |
| Service | 08/08/2014 | Motions Hearing | 3.00 | $400.00 | $1,200.00 |
| Service | 08/08/2014 | Glenn Gerding: Meeting with co-counsel post hearing | 1.80 | $400.00 | $720.00 |
| Service | 08/08/2014 | Meeting with Attorney Gerding post-hearing | 1.80 | $400.00 | $720.00 |
| Service | 08/13/2014 | Meeting with Attorney Gerding re: post hearing options | 1.00 | $400.00 | $400.00 |
| Service | 08/13/2014 | Glenn Gerding: Meeting with co-counsel re: case strategy post hearing | 1.00 | $400.00 | $400.00 |
| Service | 08/15/2014 | Review Possibility of Appeal from Order | 1.20 | $400.00 | $480.00 |
| Service | 08/22/2014 | Glenn Gerding: Review of Court Opinion and State's Order | 0.50 | $400.00 | $200.00 |
| Service | 08/26/2014 | Glenn Gerding: Meeting with co-counsel to discuss Order and Answer | 0.30 | $400.00 | $120.00 |
| Service | 08/26/2014 | Meeting with Attorney Gerding re: Order and Answer | 0.30 | $400.00 | $120.00 |
| Service | 08/28/2014 | Review of Court's Scheduling Order | 0.10 | $400.00 | $40.00 |
| Service | 08/29/2014 | Meeting with Attorney Gerding to discuss discovery plan | 1.00 | $400.00 | $400.00 |
| Service | 08/29/2014 | Glenn Gerding: Meeting with Attorney Dubbeling re: Discovery | 1.00 | $400.00 | $400.00 |
| Service | 09/03/2014 | Glenn Gerding: Email to Plaintiff's re: Case Status | 0.20 | $400.00 | $80.00 |

| Service | 09/22/2014 | Research | 1.50 | $400.00 | $600.00 |
|---|---|---|---|---|---|
| Service | 09/23/2014 | Meeting with Attorney Gerding re: discovery conference | 0.70 | $400.00 | $280.00 |
| Service | 09/23/2014 | Glenn Gerding: Meeting with Attorney Dubbeling re: discovery conference | 0.70 | $400.00 | $280.00 |
| Service | 09/23/2014 | Prep Rule 26 Order | 1.20 | $400.00 | $480.00 |
| Service | 09/24/2014 | Glenn Gerding: Meeting with Hals Askins and William Hart (Opposing Counsel) | 0.20 | $400.00 | $80.00 |
| Service | 09/25/2014 | Glenn Gerding: Meeting with co-counsel re: Rule 26 report and email to opposing counsel | 0.30 | $400.00 | $120.00 |
| Service | 09/25/2014 | Meeting with Attorney Gerding re: Rule 26 Report | 0.20 | $400.00 | $80.00 |
| Service | 10/31/2014 | Glenn Gerding: Meeting with co-counsel to prepare production and interrogatories | 1.20 | $400.00 | $480.00 |
| Service | 10/31/2014 | Meeting with co-counsel re: Discovery Production | 2.00 | $400.00 | $800.00 |
| Service | 11/15/2014 | Draft Discovery Requests | 3.50 | $400.00 | $1,400.00 |
| Service | 11/17/2014 | Glenn Gerding: Review of Draft Request for Production | 0.10 | $400.00 | $40.00 |
| Service | 11/22/2014 | Amendments to Complaint | 4.00 | $400.00 | $1,600.00 |
| Service | 11/24/2014 | Prep of Initial Discovery Requests | 2.20 | $400.00 | $880.00 |
| Service | 11/26/2014 | Prep of Initial Production of Documents | 1.20 | $400.00 | $480.00 |
| Service | 12/03/2014 | Glenn Gerding: Review of Proposed Initial Disclosures | 0.30 | $400.00 | $120.00 |
| Service | 12/03/2014 | Review Initial Disclosures | 0.60 | $400.00 | $240.00 |
| Service | 12/05/2014 | Glenn Gerding: Research | 0.10 | $400.00 | $40.00 |
| Service | 12/30/2014 | Glenn Gerding: Telephone Call with Shannon Gerber (AG's Office) re: Discovery | 0.30 | $400.00 | $120.00 |
| Service | 01/02/2015 | Glenn Gerding: Review of State's Interrogatories | 0.10 | $400.00 | $40.00 |
| Service | 01/05/2015 | Glenn Gerding: Review of Discovery | 0.20 | $400.00 | $80.00 |
| Service | 01/06/2015 | Glenn Gerding: Meeting with co-counsel re: discovery, interrogatories | 1.50 | $400.00 | $600.00 |
| Service | 01/06/2015 | Meeting with co-counsel re: interrogatories, discovery | 1.50 | $400.00 | $600.00 |
| Service | 01/06/2015 | Glenn Gerding: Prep of interrogatories; email to client | 0.90 | $400.00 | $360.00 |
| Service | 01/07/2015 | Glenn Gerding: Review of Doe 4 responses to interrogatories; email to Doe 2 | 0.40 | $400.00 | $160.00 |
| Service | 01/07/2015 | Glenn Gerding: Telephone call with John Rubin re: SO data | 0.10 | $400.00 | $40.00 |

| Service | 01/07/2015 | Glenn Gerding: Review of expert affidavit re: mapping | 0.20 | $400.00 | $80.00 |
|---------|------------|--------------------------------------------------------|------|---------|--------|
| Service | 01/07/2015 | Review of Initial Disclosures | 2.00 | $400.00 | $800.00 |
| Service | 01/08/2015 | Glenn Gerding: Review of Doe 4 Responses to Interrogatories and email to Doe 4 | 0.20 | $400.00 | $80.00 |
| Service | 01/11/2015 | Glenn Gerding: Review of Doe 3 Responses to Interrogatories and emails | 0.60 | $400.00 | $240.00 |
| Service | 01/13/2015 | Glenn Gerding: Review of documents from Doe 4 | 0.10 | $400.00 | $40.00 |
| Service | 01/14/2015 | Glenn Gerding: Prepare responses to interrogatories and emails to clients | 2.30 | $400.00 | $920.00 |
| Service | 01/14/2015 | Glenn Gerding: Preparation of Doe 2, 4, and 5 response to interrogatories; telephone call with Doe 1. | 2.10 | $400.00 | $840.00 |
| Service | 01/14/2015 | Glenn Gerding: Preparation of Doe 3 Responses to Interrogatories | 1.60 | $400.00 | $640.00 |
| Service | 01/16/2015 | Glenn Gerding: Emails with Doe 5; letter to Doe 1. | 0.40 | $400.00 | $160.00 |
| Service | 01/16/2015 | Glenn Gerding | 1.20 | $400.00 | $480.00 |
| Service | 01/16/2015 | Glenn Gerding: Preparation of Responses to Interrogatories | 1.20 | $400.00 | $480.00 |
| Service | 01/16/2015 | Glenn Gerding: Telephone call with co-counsel | 0.20 | $400.00 | $80.00 |
| Service | 01/16/2015 | Telephone call with co-counsel | 0.20 | $400.00 | $80.00 |
| Service | 01/19/2015 | Review of Plaintiff's Responses to Initial Interrogatories | 0.80 | $400.00 | $320.00 |
| Service | 01/19/2015 | Glenn Gerding: Review of Notes on Interrogatories by co-counsel | 0.20 | $400.00 | $80.00 |
| Service | 01/21/2015 | Glenn Gerding: Preparation of Doe 1 Interrogatory Response and Verifications | 0.80 | $400.00 | $320.00 |
| Service | 01/22/2015 | Glenn Gerding: Preparation of Interrogatory Responses and emails with clients | 0.60 | $400.00 | $240.00 |
| Service | 01/22/2015 | Glenn Gerding: Emails to clients. | 0.30 | $400.00 | $120.00 |
| Service | 01/23/2015 | Glenn Gerding: Review of Doe 1 responses; preparing cover letter, Revising Doe 2 Responses, email to Doe 2; Preparing responses for mailing. | 1.50 | $400.00 | $600.00 |
| Service | 01/29/2015 | Glenn Gerding: Preparation of Interrogatory Responses | 0.70 | $400.00 | $280.00 |
| Expense | 01/30/2015 | Reimbursable expense: Postage (discovery to State) | 1.00 | $5.75 | $5.75 |
| Service | 01/30/2015 | Glenn Gerding: Review of Documents, prep of interrogatory responses for mailing | 0.40 | $400.00 | $160.00 |
| Service | 03/04/2015 | Glenn Gerding: Preparation of Discovery Documents | 1.10 | $400.00 | $440.00 |

| Service | 03/06/2015 | Glenn Gerding: Prep of Discovery Materials to State and mailing same; letter to attorney general. | 1.40 | $400.00 | $560.00 |
| Expense | 03/06/2015 | Reimbursable expense: Photocopy Expenses (Discovery for State) | 1.00 | $34.49 | $34.49 |
| Expense | 03/06/2015 | Reimbursable expense: Postage (Discovery to State) | 1.00 | $10.20 | $10.20 |
| Expense | 03/09/2015 | Reimbursable expense: Photocopy Expense | 1.00 | $6.71 | $6.71 |
| Service | 03/14/2015 | Glenn Gerding: Telephone Call to co-counsel re: depositions | 0.50 | $400.00 | $200.00 |
| Service | 03/14/2015 | Telephone Call to Attorney Gerding re: Depositions | 0.50 | $400.00 | $200.00 |
| Service | 03/14/2015 | Glenn Gerding: Research in Preparation for Depositions | 1.00 | $400.00 | $400.00 |
| Service | 03/17/2015 | Review of Discovery and Prep of Deposition Notices | 1.75 | $400.00 | $700.00 |
| Service | 03/18/2015 | Glenn Gerding: Review of Proposed Deposition Notices | 0.10 | $400.00 | $40.00 |
| Service | 04/06/2015 | Prep for Depositions | 0.70 | $400.00 | $280.00 |
| Service | 04/06/2015 | Glenn Gerding: Prep for Depositions | 0.70 | $400.00 | $280.00 |
| Service | 04/07/2015 | Glenn Gerding: Prep of questions and materials for depositions | 0.70 | $400.00 | $280.00 |
| Service | 04/12/2015 | Glenn Gerding: Prep of questions and materials for depositions | 5.00 | $400.00 | $2,000.00 |
| Service | 04/13/2015 | Glenn Gerding: Prep of deposition materials and questions | 1.00 | $400.00 | $400.00 |
| Service | 04/13/2015 | Glenn Gerding: Prep questions for depositions | 0.50 | $400.00 | $200.00 |
| Service | 04/14/2015 | Glenn Gerding: Preparation of Depositions | 3.50 | $400.00 | $1,400.00 |
| Service | 04/14/2015 | Preparation for Depositions | 5.00 | $400.00 | $2,000.00 |
| Service | 04/15/2015 | Glenn Gerding: Travel to Newton and Waynesville, NC | 4.50 | $200.00 | $900.00 |
| Service | 04/15/2015 | Glenn Gerding: Prep for and Deposition of David Learner | 5.00 | $400.00 | $2,000.00 |
| Service | 04/15/2015 | Glenn Gerding: Prep for Deposition of Ashley Welch | 2.00 | $400.00 | $800.00 |
| Service | 04/15/2015 | Travel to Newton and Waynesville | 4.50 | $200.00 | $900.00 |
| Service | 04/15/2015 | Prep for and Deposition of David Learner | 5.00 | $400.00 | $2,000.00 |
| Service | 04/15/2015 | Prep for Deposition of Ashley Welch | 1.00 | $400.00 | $400.00 |
| Expense | 04/15/2015 | Reimbursable expense: Lodging for Depositions of Learner and Welch | 1.00 | $77.65 | $77.65 |
| Service | 04/16/2015 | Deposition of Ashley Welch | 2.90 | $400.00 | $1,160.00 |

| Service | 04/16/2015 | Travel back to Chapel Hill | 4.00 | $200.00 | $800.00 |
|---|---|---|---|---|---|
| Service | 04/16/2015 | Glenn Gerding: Travel Back to Chapel Hill | 4.00 | $200.00 | $800.00 |
| Service | 04/16/2015 | Glenn Gerding: Prep for and Deposition of Ashley Welch | 3.50 | $400.00 | $1,400.00 |
| Expense | 04/16/2015 | Reimbursable expense: Lodging Expense in Waynesville | 1.00 | $77.65 | $77.65 |
| Expense | 04/16/2015 | Reimbursable expense: Mileage to Newton and Waynesville (495 x .575 per mile) | 1.00 | $284.63 | $284.63 |
| Service | 04/17/2015 | Glenn Gerding: Prep for and Deposition of Todd Williams | 3.00 | $400.00 | $1,200.00 |
| Service | 04/17/2015 | Prep for and Deposition of Todd Williams | 2.80 | $400.00 | $1,120.00 |
| Service | 04/21/2015 | Glenn Gerding: Research into scienter requirement | 0.20 | $400.00 | $80.00 |
| Service | 04/27/2015 | Glenn Gerding: Research into State Cases | 0.40 | $400.00 | $160.00 |
| Service | 04/28/2015 | Prep for Deposition of DA Freeman | 3.00 | $400.00 | $1,200.00 |
| Service | 04/29/2015 | Deposition of DA Freeman | 2.40 | $400.00 | $960.00 |
| Service | 04/29/2015 | Travel for Deposition of Freeman | 2.10 | $200.00 | $420.00 |
| Service | 04/29/2015 | Glenn Gerding: deposition of DA Freeman | 2.40 | $400.00 | $960.00 |
| Service | 04/29/2015 | Glenn Gerding: Travel for Deposition of DA Freeman | 2.10 | $200.00 | $420.00 |
| Expense | 04/29/2015 | Reimbursable expense: Parking for Freeman Deposition | 1.00 | $7.00 | $7.00 |
| Expense | 04/29/2015 | Reimbursable expense: Travel to Raleigh (72 miles at .575 per mile) | 1.00 | $41.40 | $41.40 |
| Expense | 04/30/2015 | Reimbursable expense: Transcript of Williams Deposition | 1.00 | $375.30 | $375.30 |
| Service | 05/01/2015 | Glenn Gerding: Meeting with co-counsel | 0.30 | $400.00 | $120.00 |
| Service | 05/01/2015 | Meeting with co-counsel re: strategy | 0.30 | $400.00 | $120.00 |
| Service | 05/01/2015 | Motion to Extend Time, telephone call with opposing counsel | 0.80 | $400.00 | $320.00 |
| Service | 05/04/2015 | Glenn Gerding: Prep of Discovery Materials and Exhibits for Motion of Summary Judgment | 1.70 | $400.00 | $680.00 |
| Service | 05/04/2015 | Glenn Gerding: Research into related cases | 1.10 | $400.00 | $440.00 |
| Service | 05/05/2015 | Glenn Gerding: Email to Clerk of Court; Prep of Proposed Order. | 0.60 | $400.00 | $240.00 |
| Expense | 05/05/2015 | Reimbursable expense: Postage (discovery) | 1.00 | $5.95 | $5.95 |

| Service | 05/06/2015 | Glenn Gerding: Emails to Doe and review of emails re: Depositiions | 0.20 | $400.00 | $80.00 |
|---|---|---|---|---|---|
| Service | 05/06/2015 | Glenn Gerding: Email with plaintiff | 0.20 | $400.00 | $80.00 |
| Service | 05/07/2015 | Glenn Gerding: Drafting Summary Judgment Motion | 2.00 | $400.00 | $800.00 |
| Service | 05/07/2015 | Strategy Discussion with Co-Counsel | 0.30 | $400.00 | $120.00 |
| Service | 05/07/2015 | Glenn Gerding: Strategy Discussion with co-counsel | 0.30 | $400.00 | $120.00 |
| Expense | 05/07/2015 | Reimbursable expense: Fees for Depositions of Learner and Welch | 1.00 | $1,172.60 | $1,172.60 |
| Service | 05/08/2015 | Glenn Gerding: Prep of Summary Judgment Motion | 3.00 | $400.00 | $1,200.00 |
| Service | 05/11/2015 | Glenn Gerding: Prep of exhibits for summary judgment motion; drafting brief in support | 4.70 | $400.00 | $1,880.00 |
| Service | 05/11/2015 | Glenn Gerding: Drafting summary Judgment Motion | 0.40 | $400.00 | $160.00 |
| Service | 05/12/2015 | Glenn Gerding: Drafting Brief in Support of Summary Judgment Motion | 5.10 | $400.00 | $2,040.00 |
| Expense | 05/12/2015 | Reimbursable expense: Transcript of Freeman Deposition | 1.00 | $359.90 | $359.90 |
| Service | 05/13/2015 | Glenn Gerding: Drafting Brief in Support of Summary Judgment Motion | 3.10 | $400.00 | $1,240.00 |
| Service | 05/13/2015 | Glenn Gerding: Drafting Brief in Support of Summary Judgment Motion | 2.80 | $400.00 | $1,120.00 |
| Service | 05/15/2015 | Glenn Gerding: Drafting Brief in Support of Summary Judgment Motion | 3.50 | $400.00 | $1,400.00 |
| Expense | 05/17/2015 | Reimbursable expense: Transcripts of Learner and Welch Depositions | 1.00 | $218.70 | $218.70 |
| Service | 05/18/2015 | Glenn Gerding: Drafting Brief in Support of Summary Judgment Motion | 3.00 | $400.00 | $1,200.00 |
| Service | 05/19/2015 | Glenn Gerding: Prep of Exhibits for Brief in Support of Motion for Summary Judgment | 1.40 | $400.00 | $560.00 |
| Service | 05/27/2015 | Revising Brief in Support of Summary Judgment Motion | 2.00 | $400.00 | $800.00 |
| Service | 05/27/2015 | Revising Brief in Support of Summary Judgment Motion | 1.00 | $400.00 | $400.00 |
| Service | 06/01/2015 | Revising Brief in Support of Summary Judgment Motion | 4.00 | $400.00 | $1,600.00 |
| Service | 06/01/2015 | Glenn Gerding: Prep of exhibits and brief in support of summary judgment motion | 1.40 | $400.00 | $560.00 |

| Service | 06/02/2015 | Revising Brief in Support of Summary Judgment Motion | 2.50 | $400.00 | $1,000.00 |
|---|---|---|---|---|---|
| Service | 06/02/2015 | Revising Brief in Support of Summary Judgment Motion | 1.50 | $400.00 | $600.00 |
| Service | 06/03/2015 | Glenn Gerding: Prep of exhibits and brief for summary judgment | 2.20 | $400.00 | $880.00 |
| Service | 06/03/2015 | Glenn Gerding: Review of First Amendment portion of brief for summary judgment | 0.70 | $400.00 | $280.00 |
| Service | 06/03/2015 | Revising Brief in Support of Summary Judgment Motion | 3.00 | $400.00 | $1,200.00 |
| Service | 06/04/2015 | Preparation of Exhibits in Support of Brief for Summary Judgment | 6.00 | $400.00 | $2,400.00 |
| Service | 06/05/2015 | Glenn Gerding: Prep of exhibits for summary judgment brief. Revisions to Brief | 3.20 | $400.00 | $1,280.00 |
| Service | 06/05/2015 | Revising Brief in Support of Summary Judgment Motion | 5.00 | $400.00 | $2,000.00 |
| Service | 06/06/2015 | Revising Brief in Support of Summary Judgment Motion | 4.00 | $400.00 | $1,600.00 |
| Service | 06/07/2015 | Glenn Gerding: Preparation of Brief in Support of Summary Judgment Motion | 4.00 | $400.00 | $1,600.00 |
| Service | 06/07/2015 | Revising Brief in Support of Summary Judgment Motion | 2.00 | $400.00 | $800.00 |
| Service | 06/08/2015 | Glenn Gerding: Preparation of Exhibits | 0.50 | $400.00 | $200.00 |
| Service | 06/08/2015 | Glenn Gerding: Final Edits to Motion and Brief, Prep of Exhibits; Review of State pleadings | 5.00 | $400.00 | $2,000.00 |
| Service | 06/08/2015 | Final Revisions to Motion and Brief for Summary Judgment | 5.50 | $400.00 | $2,200.00 |
| Service | 06/08/2015 | Glenn Gerding: Review of State's Summary Judgment Motion | 0.30 | $400.00 | $120.00 |
| Service | 06/10/2015 | Glenn Gerding: Telephone call with Shannon Gardner (AG's Office) re: State's request to file overlength brief | 0.10 | $400.00 | $40.00 |
| Service | 06/27/2015 | Prep of Affidavit of Catherine Byrd and Exhibits | 1.20 | $400.00 | $480.00 |
| Service | 06/27/2015 | Travel to Kernersville | 2.00 | $400.00 | $800.00 |
| Service | 06/27/2015 | Investigation in Kernersville | 1.00 | $400.00 | $400.00 |
| Expense | 06/27/2015 | Reimbursable expense: Travel to Kernersville (134.4 miles at $0.54 per mile) | 1.00 | $72.58 | $72.58 |
| Service | 06/28/2015 | Review State's MSJ | 2.00 | $400.00 | $800.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/29/2015 | Glenn Gerding: Meeting with Co-Counsel to Discuss State's MSJ | 0.20 | $400.00 | $80.00 |
| Service | 06/29/2015 | Meeting with co-counsel to discuss State's MSJ | 0.20 | $400.00 | $80.00 |
| Service | 06/30/2015 | Glenn Gerding: Prep Response to State's MSJ | 0.20 | $400.00 | $80.00 |
| Service | 06/30/2015 | Glenn Gerding: Draft Response to State's MSJ | 1.50 | $400.00 | $600.00 |
| Service | 07/08/2015 | Glenn Gerding: Draft response to State's MSJ; Research; Review of State's Affidavits | 1.70 | $400.00 | $680.00 |
| Service | 07/08/2015 | Glenn Gerding: Meeting with co-counsel to discuss State's MSJ | 0.40 | $400.00 | $160.00 |
| Service | 07/08/2015 | Meeting with co-counsel to discuss State's MSJ | 0.40 | $400.00 | $160.00 |
| Service | 07/08/2015 | Draft Response to State's MSJ | 4.50 | $400.00 | $1,800.00 |
| Service | 07/09/2015 | Drafting Response to State's MSJ | 2.50 | $400.00 | $1,000.00 |
| Service | 07/09/2015 | Glenn Gerding: Prep of Response to State's MSJ | 1.50 | $400.00 | $600.00 |
| Service | 07/10/2015 | Drafting response to State's MSJ | 2.50 | $400.00 | $1,000.00 |
| Service | 07/11/2015 | Drafting Response to State's MSJ | 4.50 | $400.00 | $1,800.00 |
| Service | 07/12/2015 | Drafting Response to State's MSJ | 3.50 | $400.00 | $1,400.00 |
| Service | 07/12/2015 | Glenn Gerding: Revisions to Response to State's MSJ | 1.00 | $400.00 | $400.00 |
| Service | 07/13/2015 | Drafting Response to State's MSJ | 2.00 | $400.00 | $800.00 |
| Service | 07/13/2015 | Glenn Gerding: Revisions to Response to State's MSJ | 2.00 | $400.00 | $800.00 |
| Service | 07/13/2015 | Glenn Gerding: Revisions to Response to State's MSJ | 0.50 | $400.00 | $200.00 |
| Service | 07/14/2015 | Drafting Response to State's MSJ | 3.00 | $400.00 | $1,200.00 |
| Expense | 07/15/2015 | Reimbursable expense: Postage (mailing to court) | 1.00 | $2.30 | $2.30 |
| Service | 08/06/2015 | Phone call with Opposing Counsel, review of State Pleadings | 1.20 | $400.00 | $480.00 |
| Service | 08/24/2015 | Glenn Gerding: Meeting with co-counsel to prepare for trial | 0.80 | $400.00 | $320.00 |
| Service | 08/24/2015 | Glenn Gerding: Research on Motion to Continue | 0.30 | $400.00 | $120.00 |
| Service | 08/24/2015 | Meeting with Co-Counsel re: Trial Strategy | 0.80 | $400.00 | $320.00 |
| Service | 08/31/2015 | Phone call with Opposing counsel and email re: pre-trial | 0.40 | $400.00 | $160.00 |
| Service | 09/01/2015 | Glenn Gerding: Review of Motion to Continue; emails to Plaintiffs | 0.20 | $400.00 | $80.00 |
| Service | 09/01/2015 | Draft Motion to Continue and Order, email to opposing Counsel | 1.00 | $400.00 | $400.00 |

| Service | 09/02/2015 | Glenn Gerding: Revisions to Joint Motion to Continue | 0.30 | $400.00 | $120.00 |
|---|---|---|---|---|---|
| Service | 12/04/2015 | Response to Motion to Continue and Communication with Clients | 0.80 | $400.00 | $320.00 |
| Service | 12/19/2015 | Review Motions and Prepare for Hearing | 3.00 | $400.00 | $1,200.00 |
| Service | 12/20/2015 | Review Motions and Prepare for Hearing | 2.00 | $400.00 | $800.00 |
| Service | 12/21/2015 | Travel to and From Winston-Salem | 2.00 | $200.00 | $400.00 |
| Service | 12/21/2015 | Case Status Conference | 0.60 | $400.00 | $240.00 |
| Expense | 12/21/2015 | Reimbursable expense: Mileage (154.6 miles x .57.5 mile) | 1.00 | $88.90 | $88.90 |
| Service | 01/23/2016 | Prep of Rule 26 Disclosures | 0.50 | $400.00 | $200.00 |
| Service | 01/26/2016 | Notice of Appearance, Filing Disclosure Statement, Review Court Orders (4th Circuit) | 0.50 | $400.00 | $200.00 |
| Service | 01/26/2016 | Research re: State's Motion to Stay Injunction | 2.00 | $400.00 | $800.00 |
| Service | 01/28/2016 | Research for Response to State's Motion for Stay | 3.50 | $400.00 | $1,400.00 |
| Service | 01/29/2016 | Draft Response to Motion to Stay | 2.20 | $400.00 | $880.00 |
| Service | 01/31/2016 | Draft Response to Motion to Stay | 4.60 | $400.00 | $1,840.00 |
| Service | 02/01/2016 | Draft Response to Motion to Stay | 2.30 | $400.00 | $920.00 |
| Service | 02/04/2016 | Case Strategy Review | 0.50 | $400.00 | $200.00 |
| Service | 02/06/2016 | Research and Response to State Disclosures | 1.00 | $400.00 | $400.00 |
| Service | 02/09/2016 | Factual and Legal Research on (a)(2) overbreadth | 3.00 | $400.00 | $1,200.00 |
| Service | 02/20/2016 | Factual and Legal Research on (a)(2) overbreadth | 3.00 | $400.00 | $1,200.00 |
| Service | 02/22/2016 | Factual and Legal Research on (a)(2) overbreadth | 3.50 | $400.00 | $1,400.00 |
| Service | 03/01/2016 | Email to State re: Discovery; disclosure pursuant to Court Order | 0.50 | $400.00 | $200.00 |
| Service | 03/02/2016 | Review and Response to Proposed Joint Appendix (Appeal) | 2.30 | $400.00 | $920.00 |
| Service | 03/02/2016 | Review of State's Response to Discovery | 0.80 | $400.00 | $320.00 |
| Service | 03/02/2016 | Email Update to Clients | 0.30 | $400.00 | $120.00 |
| Service | 03/03/2016 | Phone Call to Opposing Counsel re: Discovery, Joint Status Report | 0.60 | $400.00 | $240.00 |
| Service | 03/03/2016 | Draft Motion to Compel Discovery | 2.10 | $400.00 | $840.00 |
| Service | 03/03/2016 | Research on Recidivism adult-minor | 2.80 | $400.00 | $1,120.00 |
| Service | 03/04/2016 | Joint Status Report | 1.10 | $400.00 | $440.00 |

| Service | 03/04/2016 | JA revisions and verification | 1.80 | $400.00 | $720.00 |
|---|---|---|---|---|---|
| Service | 03/06/2016 | Finalize and File Motion to Compel | 1.90 | $400.00 | $760.00 |
| Service | 03/07/2016 | Review of State's Brief in Support of Appeal | 2.00 | $400.00 | $800.00 |
| Service | 03/09/2016 | Call to 4th Circuit re: Correcting Appendix | 0.30 | $400.00 | $120.00 |
| Service | 03/12/2016 | Drafting of Appellate Reply Brief (2) | 5.50 | $400.00 | $2,200.00 |
| Service | 03/12/2016 | Drafting of Appellate Reply Brief (1) | 1.20 | $400.00 | $480.00 |
| Service | 03/17/2016 | Prep for Trial (Evidence) | 2.90 | $400.00 | $1,160.00 |
| Service | 03/19/2016 | Drafting of Appellate Reply Brief | 7.00 | $400.00 | $2,800.00 |
| Service | 03/20/2016 | Drafting of Appellate Reply Brief | 2.00 | $400.00 | $800.00 |
| Service | 03/21/2016 | Drafting of Appellate Reply Brief | 1.00 | $400.00 | $400.00 |
| Service | 03/22/2016 | Drafting of Appellate Reply Brief | 3.00 | $400.00 | $1,200.00 |
| Service | 03/22/2016 | Review State's Renewed Motion for Summary Judgment | 3.00 | $400.00 | $1,200.00 |
| Service | 03/23/2016 | Drafting of Appellate Reply Brief | 3.00 | $400.00 | $1,200.00 |
| Service | 03/24/2016 | Travel to Court for Hearing | 3.00 | $200.00 | $600.00 |
| Service | 03/24/2016 | Telephone call with Glenn Gerding re: final notes | 0.30 | $400.00 | $120.00 |
| Service | 03/24/2016 | Hearing on State's Renewed Motion for Summary Judgment | 1.00 | $400.00 | $400.00 |
| Expense | 03/24/2016 | Reimbursable expense: Mileage (154.5 miles x .55/ mile) | 1.00 | $86.58 | $86.58 |
| Service | 03/25/2016 | Drafting of Appellate Reply Brief | 1.00 | $400.00 | $400.00 |
| Service | 03/26/2016 | Drafting of Appellate Reply Brief | 6.00 | $400.00 | $2,400.00 |
| Service | 03/26/2016 | Drafting of Appellate Reply Brief | 1.00 | $400.00 | $400.00 |
| Service | 03/27/2016 | Drafting of Appellate Reply Brief | 2.00 | $400.00 | $800.00 |
| Service | 03/28/2016 | Drafting of Appellate Reply Brief | 4.00 | $400.00 | $1,600.00 |
| Service | 03/29/2016 | Drafting of Appellate Reply Brief | 3.00 | $400.00 | $1,200.00 |
| Service | 03/31/2016 | Phone Call with Opposing Counsel | 0.10 | $400.00 | $40.00 |
| Service | 04/02/2016 | Drafting of Appellate Reply Brief | 3.50 | $400.00 | $1,400.00 |
| Service | 04/03/2016 | Drafting of Appellate Reply Brief | 4.50 | $400.00 | $1,800.00 |
| Service | 04/03/2016 | Drafting of Appellate Reply Brief | 2.50 | $400.00 | $1,000.00 |
| Service | 04/04/2016 | Drafting of Appellate Reply Brief | 0.80 | $400.00 | $320.00 |

| Service | 04/05/2016 | Phone call with Glenn Gerding re: Strategy on Appeal | 0.30 | $400.00 | $120.00 |
|---------|------------|------|------|---------|---------|
| Service | 04/05/2016 | Drafting of Appellate Reply Brief | 1.20 | $400.00 | $480.00 |
| Service | 04/05/2016 | Drafting of Appellate Reply Brief | 4.00 | $400.00 | $1,600.00 |
| Service | 04/06/2016 | Drafting of Appellate Reply Brief | 6.00 | $400.00 | $2,400.00 |
| Service | 04/07/2016 | Prepare and Mail Cover Letter and Brief | 1.00 | $400.00 | $400.00 |
| Expense | 04/07/2016 | Reimbursable expense: Printing Costs | 1.00 | $60.12 | $60.12 |
| Service | 04/22/2016 | Review District Court Order | 0.50 | $400.00 | $200.00 |
| Service | 04/26/2016 | Email Communications with Clients | 0.50 | $400.00 | $200.00 |
| Service | 04/26/2016 | Telephone Call with Doe 1 | 0.30 | $400.00 | $120.00 |
| Expense | 05/03/2016 | Reimbursable expense: Pacer Fees | 1.00 | $49.50 | $49.50 |
| Expense | 05/10/2016 | Reimbursable expense: Postage (briefs to 4th Circuit) | 1.00 | $22.95 | $22.95 |
| Service | 05/20/2016 | Telephone call with Glenn Gerding re: Appellate Strategy | 0.30 | $400.00 | $120.00 |
| Service | 06/05/2016 | Draft Response to State's Motion to Stay District Court Order | 3.00 | $400.00 | $1,200.00 |
| Service | 06/06/2016 | Draft Response to State's Motion to Stay District Court Order | 6.80 | $400.00 | $2,720.00 |
| Service | 06/06/2016 | Review of Appellate Case Strategy | 2.00 | $400.00 | $800.00 |
| Service | 06/10/2016 | Draft cover letter for appellate court | 0.30 | $400.00 | $120.00 |
| Service | 07/06/2016 | Review Supplemental JA | 1.10 | $400.00 | $440.00 |
| Service | 07/06/2016 | Research (Mootness) | 0.50 | $400.00 | $200.00 |
| Service | 07/12/2016 | Phone Call with John Rubin re: Mootness | 0.20 | $400.00 | $80.00 |
| Service | 07/13/2016 | Review of State's Supplemental Brief | 2.00 | $400.00 | $800.00 |
| Service | 07/17/2016 | Draft Response to State's Motion to Stay re (a)(2) | 6.50 | $400.00 | $2,600.00 |
| Service | 07/18/2016 | Draft Response to State's Motion to Stay District Court Order | 3.00 | $400.00 | $1,200.00 |
| Service | 07/22/2016 | Updates to Clients | 1.00 | $400.00 | $400.00 |
| Service | 07/23/2016 | Draft Response to State's Supplemental Brief | 6.00 | $400.00 | $2,400.00 |
| Service | 07/24/2016 | Draft Response to State's Supplemental Brief | 5.00 | $400.00 | $2,000.00 |
| Expense | 07/25/2016 | Reimbursable expense: Transcript of D.Ct. Status Conference | 1.00 | $0.00 | $0.00 |
| Service | 07/26/2016 | Draft Response to State's Supplemental Brief (1) | 3.50 | $400.00 | $1,400.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/26/2016 | Draft Response to State's Supplemental Brief (2) | 4.30 | $400.00 | $1,720.00 |
| Service | 07/27/2016 | Draft Response to State's Supplemental Brief | 6.00 | $400.00 | $2,400.00 |
| Service | 07/28/2016 | Finalize Response to Supplemental Brief | 4.00 | $400.00 | $1,600.00 |
| Expense | 07/29/2016 | Reimbursable expense: Printing and Binding (Appellate Briefs) | 1.00 | $61.00 | $61.00 |
| Expense | 07/29/2016 | Reimbursable expense: Postage (appellate briefs) | 1.00 | $13.60 | $13.60 |
| Service | 08/01/2016 | Corrections and Filing Supplemental Brief | 0.50 | $400.00 | $200.00 |
| Service | 08/11/2016 | Prep for Oral Argument | 2.50 | $400.00 | $1,000.00 |
| Service | 08/29/2016 | Prep for Oral Argument | 1.50 | $400.00 | $600.00 |
| Service | 09/07/2016 | Prep for Oral Argument | 3.30 | $400.00 | $1,320.00 |
| Service | 09/08/2016 | Prep for Oral Argument | 3.30 | $400.00 | $1,320.00 |
| Service | 09/11/2016 | Prep for Oral Argument | 2.00 | $400.00 | $800.00 |
| Service | 09/12/2016 | Prep for Oral Argument | 1.30 | $400.00 | $520.00 |
| Service | 09/13/2016 | Prep for Oral Argument (moot court) | 2.50 | $400.00 | $1,000.00 |
| Service | 09/13/2016 | Travel to Raleigh (moot court) | 1.50 | $200.00 | $300.00 |
| Expense | 09/13/2016 | Reimbursable expense: Mileage (56.2 miles x .54/ mile) | 1.00 | $30.35 | $30.35 |
| Service | 09/17/2016 | Prep for Oral Argument | 3.00 | $400.00 | $1,200.00 |
| Service | 09/19/2016 | Travel to Richmond | 6.00 | $200.00 | $1,200.00 |
| Expense | 09/19/2016 | Reimbursable expense: Mileage (197 x .54) | 1.00 | $106.38 | $106.38 |
| Service | 09/20/2016 | Prep for Oral Argument | 7.00 | $400.00 | $2,800.00 |
| Expense | 09/20/2016 | Reimbursable expense: Dinner (Appellate Argument) | 1.00 | $41.59 | $41.59 |
| Service | 09/21/2016 | Appellate Argument | 3.00 | $400.00 | $1,200.00 |
| Expense | 09/21/2016 | Reimbursable expense: Lunch (Appellate Argument) | 1.00 | $61.20 | $61.20 |
| Expense | 09/21/2016 | Reimbursable expense: Copying Services | 1.00 | $51.74 | $51.74 |
| Expense | 09/21/2016 | Reimbursable expense: Hotel (Appellate Argument) | 1.00 | $214.98 | $214.98 |
| Service | 09/23/2016 | Travel from Richmond | 5.00 | $200.00 | $1,000.00 |
| Expense | 09/23/2016 | Reimbursable expense: Parking (Appellate Argument) | 1.00 | $28.00 | $28.00 |
| Expense | 09/23/2016 | Reimbursable expense: Mileage (197 x .54) | 1.00 | $106.38 | $106.38 |

**Total**     **$304,745.97**

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 26 | 02/18/2017 | $304,745.97 | $0.00 | $304,745.97 |
| | | | Outstanding Balance | $304,745.97 |
| | | | Total Amount Outstanding | $304,745.97 |

Please make all amounts payable to: P.M. Dubbeling, PLLC

Please pay within 30 days.